UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>ALARM.COM INCORPORATED, et al.,<br><br>       Defendants. | Case No.  3:20-cv-05210-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Yvonne Gonzalez Rogers to determine whether it is related to *Abante Rooter and Plumbing, Inc. v. Alarm.com Incorporated,* 15-cv-06314-YGR. Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  August 7, 2020

JAMES DONATO
United States District Judge