# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALARM.COM INCORPORATED dba ICN ACQUISITION, et al., <br><br> Defendants. | **Case No.:  20-CV-5210-YGR** <br><br> **ORDER VACATING DATES AND SETTING COMPLIANCE DEADLINE** |

The parties have notified the Court that the above-captioned case has settled.  (Dkt. No. 22.) Accordingly, all pending motion, case management, and trial dates are **VACATED**.  A compliance deadline of **9:01 a.m.** on **Friday, February 5, 2021**.

Five (5) business days prior to the date of the compliance deadline, the parties shall file a Stipulation of Dismissal; a motion for preliminary approval of class settlement; or a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the compliance deadline will be taken off calendar.

**IT IS SO ORDERED.**

Dated: **December 2, 2020**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**