# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC and SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>ALARM.COM INCORPORATED dba ICN ACQUISITION; GHS INTERACTIVE SECURITY, LLC; and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | Case No.<br><br>4:20-cv-05210-YGR<br><br>[~~PROPOSED~~] ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS. |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class claims alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this  January 27, 2021

*/s/ Yvonne Gonzalez Rogers*
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE